The document below is hereby signed.

Signed: November 19, 2017



*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| LORI A SAXON, | ) | Case No. 17-00611 |
| | ) | (Chapter 13) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER
DISMISSING GEORGE MCDERMOTT'S MOTION TO INTERVENE

George McDermott, an editor with the Maryland Court Watch News, has filed a motion to intervene in a contested matter, motion for relief from the automatic stay, between Ameritas Life Insurance Corp. ("Ameritas") and the debtor, Lori Saxon. The court has dismissed this case, and Ameritas' *Emergency Motion for Relief from Stay* was dismissed as moot. Accordingly, there is no matter for McDermott to intervene in, and his motion to intervene is moot. It is thus

ORDERED that George McDermott's motion to intervene (Dkt. No. 18) is dismissed as moot.

[Signed and dated above.]

Copies to: E-recipients of orders.

R:\Common\TeelSMT\TTP\Orders\Dismissal\Order_dismissing Mtn to Intervene_Lori Saxon.wpd